No. 14-16949

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

E. & J. GALLO WINERY, a California Corporation,

*Appellee,*

vs.

GRENADE BEVERAGE, LLC, a California Limited Liability Company,

*Appellant.*

On Appeal From the United States District Court
For the Eastern District of California
Hon. Anthony W. Ishii
Case No. 1:13-cv-00770-AWI-SAB

# MOTION TO STRIKE REDACTED SUPPLEMENTAL EXCERPTS OF RECORD

STEVEN M. WEINBERG (SBN 235581)
MICHAEL J. SALVATORE (SBN 281118)
HOLMES WEINBERG, PC
30765 Pacific Coast Highway, Suite 411
Malibu, California 90265
Telephone: (310) 457-6100
Facsimile: (310) 457-9555
E-Mail: smweinberg@holmesweinberg.com
msalvatore@holmesweinberg.com

Attorneys for Appellee
E. & J. GALLO WINERY

Pursuant to the Court's instructions, Plaintiff and Appellee E. & J. Gallo Winery ("Appellee") hereby moves to strike the redacted supplemental excerpts of record that were previously filed electronically with Appellee's Brief.

Appellee has filed *unredacted* supplemental excerpts of record *under seal* pursuant to Circuit Rule 27-13, along with a Notification of Filing Under Seal and Motion to File Under Seal via US Express Mail, which also were served on counsel for the Appellant. All cites in Appellee's Brief refer to the pages of the UNDER SEAL Supplemental Excerpts, which were duly filed and served via US Express Mail today.

                                        Respectfully submitted,

DATED: May 20, 2015                HOLMES WEINBERG, PC

By: _/s/ Steven M. Weinberg_

                                        Steven M. Weinberg

Attorneys for Appellee
E. & J. GALLO WINERY

- 3 -

## **CERTIFICATE OF SERVICE**

I certify that on May 20, 2015, the foregoing Motion to Strike Redacted Supplemental Excerpts of Record was served via the Court's ECF electronic filing system on all counsel who have entered an appearance in this matter as follows:

John J. Gulino
Gulino Law Office
2107 North Broadway, Suite 309
Santa Ana, California 92706

Attorney for Grenade Beverage, LLC